No. D–692. IN RE DISBARMENT OF KALK. Motion to defer proceedings in this matter granted. [For earlier order herein, see 485 U. S. 984.]

No. D–707. IN RE DISBARMENT OF BLECHER. It is ordered that Sam Blecher, of Spring Valley, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–708. IN RE DISBARMENT OF LEWIS. It is ordered that Samuel H. Lewis, of Pompano Beach, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 94, Orig. SOUTH CAROLINA v. BAKER, SECRETARY OF THE TREASURY. Request of the Honorable Matthew J. Jasen to be discharged as Special Master granted, and he is hereby discharged. JUSTICE KENNEDY took no part in the consideration or decision of this case. [For earlier decision herein, see, e. g., 485 U. S. 505.]

No. 87–1428. LORANCE ET AL. v. AT&T TECHNOLOGIES, INC., ET AL. C. A. 7th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 87–1495. TALLAHASSEE BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE ET AL. v. LEON COUNTY, FLORIDA, ET AL. C. A. 11th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. JUSTICE MARSHALL took no part in the consideration or decision of this order.